1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
NIKE, INC., an Oregon Corporation, )
11                                 )    2:05-cv-01468-GEB-JFM
                Plaintiff,         )
12                                 )
           v.                      )    ORDER
13                                 )
NIKEPAL INTERNATIONAL INC., a      )
14 California corporation,         )
                                   )
15              Defendant.         )
                                   )
16
17         On February 2, 2006, Plaintiff filed a Motion to Modify the
18 Status (Pretrial Scheduling) Order ("Motion to Modify"), which seeks
19 to extend the deadline for expert witness disclosure under Federal
20 Rule of Civil Procedure 26(a)(2).  On February 3, 2006, Plaintiff
21 filed an ex parte application ("Application"), which seeks to
22 accelerate the hearing date on the Motion to Modify.  The Application
23 represents Plaintiff asked Defendant to stipulate to the accelerated
24 hearing date, but Defendant refused.
25         Upon review, the Court has decided to modify the Status
26 (Pretrial Scheduling) Order in a manner that moots both the
27 Application and the Motion to Modify.  Therefore, both are denied, and
28 the Status (Pretrial Scheduling) Order is modified as follows:

1          (1)  Each party shall comply with Federal Rule of Civil
2  Procedure 26(a)(2)'s initial expert witness disclosure and report
3  requirements on or before May 8, 2006, and any rebuttal expert
4  disclosure authorized under the Rule on or before June 19, 2006.
5          (2)  All discovery shall be completed by November 8, 2006.
6          (3)  The last hearing date for motions shall be January 8,
7  2007, at 9:00 a.m.
8          (4)  The Final Pretrial Conference is set for March 5, 2007,
9  at 1:30 p.m.[1]
10         Trial will commence on April 17, 2007, at 9:00 a.m.
11         IT IS SO ORDERED.
12 Dated: February 9, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1]  This modification has been made in part because Plaintiff requested a later expert disclosure date than was prescribed in the Status (Pretrial Scheduling) Order. Unfortunately, shortening the length of time between the Final Pretrial Conference and the trial date will interfere with the assignment of a settlement judge because there will be less time for a judge to absorb a settlement conference on his or her docket. As a result, the parties will not be assigned a settlement judge should they ultimately conclude that one would be beneficial.