IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIKE, INC., an Oregon corporation,

    Plaintiff,

vs.

NIKEPAL INTERNATIONAL INC., a California corporation,

    Defendant.

No. CIV S-05-1468 GEB JFM

<u>ORDER</u>

        Plaintiff's January 31, 2006 motion to compel and defendant's motion for protective order came on regularly for hearing February 23, 2006. Plaintiff was represented by Joshua Koltun. Catherine Ashley Straight appeared for defendant. Upon review of the motion and the documents in support and opposition, upon hearing the arguments counsel and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        Both parties have provided proposed protective orders. Only two paragraphs contained differing language, paragraphs 10 and 22. Defendants' January 31, 2006 motion for protective order is granted in part. The court adopts the provisions of plaintiff's proposed protective order, specifically paragraph 10, with the exception of adding, as paragraph 23, a requirement that counsel maintain a log of all persons who have been provided access to this

1

1  confidential information.  Each party's counsel will provide a copy of the log to opposing
2  counsel once expert disclosures have been made by both parties.  The court also adopts the
3  proposed language of paragraph 22 of defendants' proposed protective order rather than
4  plaintiff's.  A detailed protective order incorporating these changes is issued herewith.
5        Plaintiff's January 31, 2006 motion to compel is withdrawn.
6  DATED:  February 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

10  /001; nike.oah