IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., an Oregon Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NIKEPAL INTERNATIONAL INC., a ) <br> California corporation, ) <br> ) <br> Defendant. ) <br>  ) | 2:05-cv-1468-GEB-JFM <br><br> ORDER[*] |

On December 9, 2005, Plaintiff filed a motion to amend its Complaint. The Status (Pretrial) Scheduling Order filed September 24, 2005, states "Plaintiff has until December 9, 2005, to file and serve an amended complaint."[1] (Order, Sept. 24, 2005, at 2.) Therefore, Plaintiff has ten (10) days from the date this Order is filed to file and serve an amended complaint.

IT IS SO ORDERED.

Dated: March 9, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[*] This motion was determined to be suitable for decision without oral argument. L.R. 78-230(h).

[1] It is unclear why the Status (Pretrial) Scheduling Order allowed Plaintiff to file an amended complaint without seeking leave; however, Defendant did not object to the Order.