IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., an Oregon corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>NIKEPAL INTERNATIONAL INC., a<br>California corporation,<br><br>        Defendant. | 2:05-cv-1468-GEB-JFM<br><br>RESPONSE TO PROPOSED ORDER |

      On October 6, 2006, Plaintiff submitted a "Proposed Order to Transmit and Submit Record of Trademark Trial and Appeal Board Proceedings to United States District Court" ("Proposed Order") and another document designated as a noticed motion ("Notice"), which appears to be Plaintiff's support for the Proposed Order. The Notice indicates the authority for issuance of the Proposed Order is "information and belief." (Notice ¶ 3.) Since this is insufficient authority and it is unclear whether expenses are involved with the requested copies, the Proposed Order will not be signed.

Dated: October 6, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge