DLA PIPER US LLP
Joshua Koltun (SBN:173040)
Eugene M. Pak (SBN:168699)
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Telephone: 415.836.2500
Facsimile: 415.836.2501

Keith Medansky (IL SBN:0615673)
Alan J. Dalinka (IL SBN: 6215935)
Gina Durham (IL SBN:6269684)
Jennifer J. Baumann (Cal. SBN: 231976)
*Admitted Pro Hac Vice*
203 North LaSalle, Suite 1900
Chicago, Illinois 60601-1293
Telephone: 312.368.4000
Facsimile: 312.236.7516

Attorneys for Plaintiff
*NIKE, INC.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., an Oregon corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>NIKEPAL INTERNATIONAL INC., a California corporation,<br><br>          Defendant. | CASE NO. 2:05-CV-01468-GEB-JFM<br><br>**[PROPOSED] ORDER TO TRANSMIT AND SUBMIT RECORD OF TRADEMARK TRIAL AND APPEAL BOARD PROCEEDINGS TO UNITED STATES DISTRICT COURT** |

It is hereby ORDERED that the Trademark Trial and Appeal Board of the United States Patent and Trademark Office (in particular, that the Office of the Solicitor, P.O. Box 15667, Arlington, VA 22215), transmit without delay to the Clerk of the Court for the Eastern District of California, Sacramento Division, United States Courthouse, 501 "I" Street, 4th Floor, Sacramento, California 95814 the official record of the proceedings before the Trademark Trial and Appeal Board in Opposition No. 91124869 to application Serial No. 76123346. Upon

DLA PIPER US LLP
LOS ANGELES

-1-

1  receipt, the Clerk of this Court shall make such transmitted record part of the record in the instant

2  above-captioned proceedings.   To the extent any costs are incurred in the copying or

3  transmission of the record, Nike shall pay such costs.

DATED:  October 11, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

DLA PIPER US LLP
LOS ANGELES

-2-

PDF created with pdfFactory trial version www.pdffactory.com