IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIKE, INC., an Oregon corporation,

    Plaintiff,                           No. CIV S-05-1468 GEB JFM

    vs.

NIKEPAL INTERNATIONAL, INC.,
a California corporation,

    Defendant.                       <u>ORDER</u>

_____/

        Plaintiff has filed a motion for protective order and defendant has filed a motion to compel, both noticed for hearing on November 30, 2006. Pursuant to the order filed February 10, 2006, the discovery cut-off was set for November 8, 2006. The order required that all discovery "shall be completed by November 8, 2006." (<u>Id.</u> at 2.) Accordingly, IT IS HEREBY ORDERED that the hearing noticed for November 30, 2006 is dropped from calendar and that plaintiff's November 1, 2006 motion for protective order and defendant's November 3, 2006 motion to compel discovery are dismissed.

DATED: November 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; nike.den

1