IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., an Oregon corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>NIKEPAL INTERNATIONAL, INC., a<br>California corporation,<br><br>          Defendant. | 2:05-cv-1468-GEB-JFM<br><br><br><br>ORDER |

On February 20, 2007, Nike, Inc. ("Nike") filed an ex parte application in which it seeks leave to brief an issue it asserts was raised sua sponte during the February 5, 2007 hearing on the parties' cross-motions for summary judgment. Specifically, Nike argues that "the Court raised a hypothetical question regarding whether issues relating to the appeal of the Trademark Trial and Appeal Board [] decision would be for the jury if the matter were to proceed to trial." (Pl.'s Ex Parte Application at 1:25-27.) This issue need not be briefed at this time; therefore, Nike's request is denied.

Dated: February 21, 2007

GARLAND E. BURRELL, JR.
United States District Judge

1